| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Texas** |
| Case number (*If known*): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **3910 Enterprises, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0985271** |
| 4. | **Debtor's address** | **Principal place of business** **2527 Market St.** Number     Street  **Galveston**     **TX**     **77550-1431** City     State    Zip Code  **GALVESTON** County | **Mailing address, if different from principal place of business** Number     Street  City     State    Zip Code  **Location of principal assets, if different from principal place of business** Number     Street  City     State    Zip Code |
| 5. | **Debtor's website (URL)** | |

Debtor **3910 Enterprises, Inc.**    Case number *(if known)* _____
   Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| 7. | **Describe debtor's business:** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | |
| | | B. Check all that apply: |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | **5313** |

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check **all** that apply:* |
| | | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

Debtor   **3910 Enterprises, Inc.**                                              Case number *(if known)*
        Name

| | | | | |
|---|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No ☐ Yes. | District _____ When _____ Case number _____<br>               MM/DD/YYYY<br>District _____ When _____ Case number _____<br>               MM/DD/YYYY | |

| | | | |
|---|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No ☐ Yes. | Debtor _____ Relationship _____<br>District _____ When _____<br>                MM/DD/YYYY<br>Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number    Street

    _____
    City    State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

| Debtor | **3910 Enterprises, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **8/5/2025**
MM / DD / YYYY

**/s/ Rejone Edwards**
Signature of authorized representative of debtor

**Rejone Edwards**
Printed name

Title  **President**

| Debtor | **3910 Enterprises, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**18.  Signature of attorney**

✗ **/s/ Genevieve M. Graham**
Signature of attorney for debtor

Date **08/05/2025**
MM / DD / YYYY

**Genevieve M. Graham**
Printed name

**Genevieve Graham Law, PLLC dba Graham PLLC**
Firm name

**PO Box 130378**
Number        Street

**Houston**          **TX**          **77219**
City                    State            ZIP Code

**(832) 367-5705**                **ggraham@graham-pllc.com**
Contact Phone                      Email address

**24085340**                         **Texas**
Bar number                           State

| | |
|---|---|
| **Fill in this information to identify the case and this filing:** | |
| Debtor Name  **3910 Enterprises, Inc.** | |
| United States Bankruptcy Court for the:  **Southern District of Texas** | |
| Case number (*If known*): | |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ *Other document that requires a declaration*   List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **8/5/2025**
MM/DD/YYYY

X **/s/ Rejone Edwards**
ID X5n9yyNWaJvoTV8KCYxHpnW5
Signature of individual signing on behalf of debtor

**Rejone Edwards**
Printed name

**President**
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**          page 1 of 1
Copyright © Financial Software Solutions, LLC          BlueStylus

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor Name **3910 Enterprises, Inc.** | | |
| United States Bankruptcy Court for the: **Southern District of Texas** | | ☐ Check if this is an amended filing |
| Case number (*If known*): | | |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Newrez Shellpoint  17000 Katy Fwy, Suite 300  Houston, TX 77094 | Newrez Shellpoint  () - | | | | | $7,707.93 |
| 2 | Jet Lending  3500 1419 FM 1960  Houston, TX 77073 | Jet Lending  () - | | | | | $3,500.00 |
| 3 | Pinnacle Realty  2825 Wilcrest, Suite 570  Houston, TX 77042 | Pinnacle Realty  () - | | | | | $3,000.00 |
| 4 | Fay Servicing | Fay Servicing  () - | | | | | $2,322.56 |
| 5 | American Express  200 Vesey Street  New York, NY 10285 | American Express  () - | | | | | $2,000.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1 of 2

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor | 3910 Enterprises, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | Texas Windstorm Insurance Association<br>4801 Southwest Pkwy<br>Building One, Suite 200<br>Austin, TX 78735 | Texas Windstorm Insurance Association<br>() - | | | | | $1,500.00 |
| 7 | Thomas Higgins<br>2207 7th Avenue<br>Texas City, TX 77590 | Thomas Higgins<br>() - | | | | | $1,500.00 |
| 8 | NRG Business<br>910 Louisiana Street<br>Houston, TX 77002 | NRG Business<br>() - | | | | | $1,000.00 |
| 9 | Reliant | Reliant<br>() - | | | | | $1,000.00 |
| 10 | UTMB Multishare<br>301 University Blvd.<br>Galveston, TX 77555-1206 | UTMB Multishare<br>() - | | | | | $1,000.00 |
| 11 | COG Water<br>823 25th Street<br>Galveston, TX 77550 | COG Water<br>() - | | | | | $500.00 |
| 12 | Ally<br>Ally Detroit Center<br>500 Woodward Avenue<br>Detroit, MI 48226 | Ally<br>() - | | | | | $456.00 |
| 13 | Texas Gas<br>402 33rd St.<br>Galveston, TX 77550 | Texas Gas<br>() - | | | | | $300.00 |
| 14 | Home Depot | Home Depot<br>() - | | | | | $100.00 |

## eSignature Details

**Signer ID:**        **X5n9yyNWaJyoTV8KCYvHnnW5**
Signed by:            Rejone Edwards
Sent to email:        rejone.edwards@3910enterprises.com
IP Address:           172.58.52.37
Signed at:            Aug 5 2025, 9:56 am CDT